AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

*[FILED stamp: JUN 0 2 2014, MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY]*

United States of America
v.

MUFID A. ELFGEEH

Defendant

Case No. 14-MJ-**590**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MUFID A. ELFGEEH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Two counts of receipt and possession of an unregistered firearm silencer, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

Date: 05/31/2014

*[signature]*
Issuing officer's signature

City and state: Rochester, New York

Hon. Jonathan W. Feldman, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 05/31/2014, and the person was arrested on *(date)* 05/31/2014
at *(city and state)* Rochester, NY.

Date: 06/02/2014

*[signature]* Timothy J. Klapec
Arresting officer's signature

SA Timothy J. Klapec
Printed name and title